IN THE MATTER OF THE FORECLOSURE OF THE PROPERTY OF ESTELLE C. JOHNSON

No. 123PA85

(Filed 7 January 1986)

ON discretionary review of a decision of the Court of Appeals, 72 N.C. App. 485, 325 S.E. 2d 502 (1985), affirming order entered by *Johnson (E. Lynn)*, *J.*, at the 30 January 1984 session of Superior Court, CHATHAM County. Heard in the Supreme Court 16 December 1985.

*Parker & Smith, by Daniel E. Smith and Gerald C. Parker, for petitioner appellants.*

*Edwards & Atwater, by Phil S. Edwards, for respondent appellee.*

PER CURIAM.

The record discloses that the trial judge was unable to properly settle the record on appeal: the record did not show nor did the trial judge have any independent recollection of whether several critical documents were offered into evidence. Therefore, in the interests of justice and pursuant to our constitutional supervisory power and Rule 2 of the North Carolina Rules of Appellate Procedure, the decision of the Court of Appeals and the order of the superior court are vacated, and this case is remanded to the Court of Appeals for further remand to the Superior Court, Chatham County, for a de novo hearing.

Vacated and remanded.